Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JAN -8 AM 10: 35

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

_____ Division

Michael T. Mayer
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Fremont Nebraska
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:26CV8
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael T. Mayer |
| Street Address | 549 W 10th St. #1 |
| City and County | Fremont (Dodge) |
| State and Zip Code | Nebraska (68026) |
| Telephone Number | 402-620-3323 |
| E-mail Address | GermanShep402@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* __Fremont Nebraska PD__, is incorporated under the laws of the State of *(name)* __Nebraska__, and has its principal place of business in the State of *(name)* __Nebraska__.

Or is incorporated under the laws of *(foreign nation)* __Nebraska U.S. Constitution, DOJ-ADA__ and has its principal place of business in *(name)* __Fremont Nebraska__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

__I would settle for $250,000 for continued pain & suffering after multiple requests to Intervene & Investigate & Due Process Refused / Refusal of granting Housing accommodations__

III. **Statement of Claim**

*purposeful infliction of additional trauma — purposely triggering my flashbacks to mock me*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. vandalism —
   threats to Life
   ADA & civil Rights = flat refusal
   Dr. Prescribed esa Dog abuse
   Neglect of a Vulnerable individual
   Knowingly & purposely — Keeping & placing [my Disability] in a Hostile environment
   (misconduct) — per ADA & DOJ
   
   *causing me to Fair Housing move Act — under the SSA - Documented CPTSD Fed. granted in court 2011 — med*

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I've been publicly humiliated purposely targeted in my home & on Internet with bullying & scare tactics — defamation on Internet mocking my tourettes after my complaint about a wild neighbor who does the most damage to me CPTSD — puts me in Hypertension stage 3 — requiring refuses to stop Intimidation after reported Heart meds

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-31-25

Signature of Plaintiff

Printed Name of Plaintiff: Michael Mayer

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ 0

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

rent - $650 - month
car - $155 - month
electric - varies - $140 - $50 - month
trash - $27 - month

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$155 - month
Car Pmnt
Pierce Neb.
Elkhorn valley bank

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12-31-25

Applicant's signature

Michael T. Mayer

Printed name

549 W. 1st St., Apt #1,
Fremont, Ne. 68025

OMAHA NE 680
6 JAN 2026 PM 4

RECEIVED
JAN 8 2026
CLERK
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
Roman L. Hruska U.S. courthouse
111 S. 18th Plaza, suite 1152
Omaha, Ne.  68102-1322

68102-132277